## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourt.gov

In re:                                                                 Case No.: 16-19485-AJC

Gabriel Martinez Barrera,                                  Chapter 7

      Debtor.
_____/

**AGREED MOTION FOR ENTRY OF ORDER TO EXTEND
DEADLINE FOR MIAMII POSTAL SERVICE CREDIT UNION TO FILE AN
OBJECTION TO DISCHARGEABILITY OF DEBTS**

      Miami Postal Service Credit Union ("Creditor") and the Debtor jointly move this Court for entry of an Order extending the time period for Creditor to file a complaint to object to dischargeability of debts pursuant to 11 U.S.C. § 523 in this matter. In support thereof Creditor states:

    1. The deadline to object to dischargeability of debts in this matter is October 3, 2016.

    2. Creditor seeks to extend the deadline to object to discharge in this matter to allow Creditor to conduct the 2004 examination and/or negotiate reaffirmation agreement terms with the Debtor.

    3. Counsel for Creditor has consulted with the attorney for the Debtor who consents to and joins in this motion and has approved entry of the associated Order that will be concurrently submitted.

      **WHEREFORE,** Creditor requests this Court to enter an Order extending the time period for Creditor (and Creditor alone) to object to the dischargeability of debts until November 30, 2016, and to direct the Clerk of Court to withhold the issuance of a discharge and closure of this case until such time period expires.

Agreed to by:

  */s/ Robert Sanchez, Esq.*

Robert Sanchez, Esq.
Florida Bar No.: 442161
355 W. 49 St.
Hialeah, FL 33012

**Heckman Law Group, P.L.**

By: */s/  Chad D. Heckman*
Florida Bar No.:  0526029
Attorney for Creditor
P.O. Box 12492
Tallahassee, Florida 32317-2492
Phone:  (850) 583-4161
E-Service:  eservice@heckmanlawgroup.com
HLG File No: 16-607

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the foregoing pleading was furnished by U.S. Mail and/or electronic means via the CM/ECF system on October 3, 2016 to:

Marcia T. Dunn, 555 NE 15th St. Ste. 7712, Miami, FL 33132-1452
*Trustee* (usual place of business)

Robert Sanchez, 355 W. 49th St, Hialeah, FL 33012
*Attorney for Debtor* (usual place of business)

Gabriel Martinez Barrera, 6995 NW 186th St. , #E206, Miami Gardens, FL 33015-3442
*Debtor* (usual place of abode)

*/s/ Chad D. Heckman*