

**ORDERED in the Southern District of Florida on October 4, 2016.**

A. Jay Cristol, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourt.gov

In re:                                                            Case No.: 16-19485-AJC

Gabriel Martinez Barrera,                               Chapter 7

         Debtor.

_____/

**ORDER GRANTING MIAMI POSTAL SERVICE CREDIT UNION'S AGREED**
**MOTION TO EXTEND TIME PERIOD TO OBJECT**
**TO DISCHARGEABILITY OF DEBTS (DOC. NO. 15)**

This matter came on for consideration on Miami Postal Service Credit Union's Agreed

Motion to Extend Time Period to Object to Dischargeability of Debts (Doc. No. 15). Upon review

of the Motion and the consent of the Debtor to the relief sought in the motion, it is

**ORDERED**:

1. The motion is granted.

2. The Debtor's discharge shall not be entered until after November 30, 2016.

3.  The deadline for Miami Postal Service Credit Union to object to the dischargeability of the debts owed to it is extended to November 30, 2016.  The deadline to object to the dischargeability of debts is extended only as to Miami Postal Service Credit Union.

###
Order Submitted By:
Chad D. Heckman, Esq.
Heckman Law Group, P.L.
P.O. Box 124929
Tallahassee, FL 32317-2492
Phone: (850) 583-4161
E-mail: eservice@heckmanlawgroup.com

Attorney Chad D. Heckman is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.